# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA LYNN MAYS and RONALD MAYS, <br><br> Plaintiffs, <br> v. <br><br> U.S. BANK NATIONAL ASS. as Trustee for the Specialty Underwriting and Residential Financial Mortgage Loan Asset Backed Certificates Series 2006-AB3, et. al., <br><br> Defendants. | 1:09-CV-1586  AWI SMS <br><br> **ORDER STRIKING DECLARATION AND REQUIRING ADDITIONAL BRIEFING** <br><br> (Doc. No. 17) |

On December 2, 2009, the Court issued an order the provided in part:

> Plaintiffs are to clarify their position regarding Tye Declaration Exhibit B. Specifically, they are to expressly state whether they challenge the authenticity of the documents that comprise Tye Declaration Exhibit B.  Plaintiffs are also to clarify whether their claim remains viable since a date of August 22, 2006, is plainly written on the document entitled "Notice of Right to Cancel."

Court's Docket Doc. No. 16.  The Court then ordered Plaintiffs to "file their clarifying brief (as described above) no later than 1:00 p.m. on December 7, 2009." <u>Id.</u>

Plaintiffs did not file is a brief that expressly states whether they challenge the authenticity of Tye Exhibit B and that clarified whether they believe their claims remain viable in light of Exhibit B.  Instead, on December 7, 2009, Plaintiffs timely filed a declaration from Plaintiff Ronald Mays.  Mays's declaration essentially states that he does not recall seeing a date

written on the "Notice of Right to Cancel." See id. at Doc. No. 17.

Plaintiffs have failed to obey the Court's order. The declaration is accompanied by no briefing or express argumentation. For example, there is no express assertion (and accompanying explanation) that Exhibit B is unauthentic, and Plaintiffs cite no law regarding whether the substance of Ronald Mays's declaration is sufficient to challenge authenticity.[1] Instead, Plaintiffs leave it for the Court to construe the Declaration and make the arguments. The Court will not do this.

The Court will strike the Declaration of Ronald Mays because it does not comply with the Court's December 2, 2009, order. Plaintiffs will be given another opportunity to comply with the Court's order.

Accordingly, IT IS HEREBY ORDERED that:

1. The Declaration of Ronald Mays (Document No. 17 in the Court's Docket) is STRICKEN for non-compliance with the Court's December 2, 2009, order; and

2. Plaintiffs are to file a **brief**[2] by December 10, 2009, that complies with the analysis of this order and the Court's December 2, 2009, order.

IT IS SO ORDERED.

Dated:   December 7, 2009            /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Also, Exhibit B includes a "Notice of Right to Cancel" that is signed by Donna Mays and has a date of "8/22/06" written on it.

[2] The Brief may be accompanied by evidence, but only evidence that relates to Tye Exhibit B and the incorporation by reference doctrine. The Brief must explain and show how the evidence supports Plaintiffs's arguments regarding the authenticity of Tye Exhibit B.