IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONNA LYNN MAYS and RONALD MAYS,**<br><br>　　　　　　**Plaintiffs**,<br>　　v.<br><br>**U.S. BANK NATIONAL ASS. as Trustee for the Specialty Underwriting and Residential Financial Mortgage Loan Asset Backed Certificates Series 2006-AB3, et. al.,**<br><br>　　　　　　**Defendants.** | 1:09-CV-1586 AWI SMS<br><br>**ORDER CLOSING CASE** |

　　On January 20, 2010, the Court dismissed without prejudice to amendment all claims against Defendants Wilshire Credit Corp. and U.S. Bank national Assn. See Court's Docket Doc. No. 27. Plaintiffs were given until February 9, 2010, in which to file an amended complaint. See id. The Plaintiffs were also ordered to show cause by February 1, 2010, why the other unserved defendants in this case should not be dismissed under Rule of Civil Procedure 4(m). See id.

　　On February 5, 2010, the Court dismissed defendants Right Away Mortgage, Inc., T.D. Service Co., Loanleaders of America, Inc., Nova Home Loans, Chicago Title Co., LSI Title Co., Brian Bakkebo, Kealli Maeda, and "Art" under Rule 4(m). See id. at Doc. No. 30.

　　As of the date of this order, Plaintiffs have failed to file an amended complaint. Since

Plaintiffs have failed to file an amended complaint, there are no viable causes of action left against any defendant in the operative complaint.  Because the operative complaint contains no viable claims against any defendant and the time to file an amended complaint has passed, it is appropriate to close this case.

     Accordingly, IT IS HEREBY ORDERED that:

1. Defendants Wilshire Credit Corp. and U.S. Bank national Assn. are DISMISSED; and
2. The Clerk shall CLOSE this case.

IT IS SO ORDERED.

**Dated:  February 10, 2010**           **/s/ Anthony W. Ishii**
                                       CHIEF UNITED STATES DISTRICT JUDGE